# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

ATTORNEYS AT LAW
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

July 29, 2021

**VIA ECF**
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*JUL 29 2021*

**SO ORDERED**

The initial conference is adjourned from August 11, 2021 to October 13, 2021 at 9:30 a.m.

*George B. Daniel*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re:  Stacey Mercer v. Hotel Donaldson, LLC
Case No.:  21-cv-03665 (GBD)
Our File:  420-20506

Dear Honorable Judge Daniels:

We represent Defendant, *Hotel Donaldson, LLC* ("Defendant"), in the above-referenced matter. The parties submit this correspondence jointly to inform the Court that they plan to file a stipulation discontinuing the matter and request that the Court please implement a stay of these proceedings for at least forty-five (45) days from the date of this correspondence in anticipation of said filing.

We thank this Honorable Court for its time and consideration.

We thank the Court for its time and consideration.

Respectfully submitted,

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

*Tyler B. Levenson*
Tyler B. Levenson

ERG/TBL/lf

cc:
**VIA ECF**
Erik M. Bashian, Esq.

BASHIAN & PAPANTONIOU, P.C.
500 Old Country Road, Suite 302
Garden City, NY 11530