UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

STACEY MERCER,

                  Plaintiff,

    -against-

HOTEL DONALDSON, LLC,

                 Defendant.

------------------------------------- x

ORDER

21 Civ. 3665 (GBD)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: October 7, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE